IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD KING,**                  **CASE NO. 2:06-cv-621**
                                             **JUDGE FROST**
       **Petitioner,**                  **MAGISTRATE JUDGE ABEL**

**v.**

**JEFFREY WOLFE, WARDEN,**

       **Respondent.**

## OPINION AND ORDER

On February 8, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that petitioner's request for a stay be denied, and that the instant habeas corpus petition pursuant to 28 U.S.C. §2254 be dismissed without prejudice as unexhausted. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. Petitioner's request for a stay is **DENIED.** This action is hereby **DISMISSED** without prejudice as unexhausted.

       **IT IS SO ORDERED.**

                                                         /s/ Gregory L. Frost
                                                           GREGORY L. FROST
                                                         United States District Judge